BUCK RIDGE COAL MINING COMPANY, Appellant, *v.* ROSOFF ENGINEERING COMPANY and Others, Defendants, Impleaded with SEABOARD NATIONAL BANK, Respondent. (Appeal No. 2.)

First Department, February 5, 1926.

See headnote in *Buck Ridge Coal Mining Co.* v. *Rosoff E. Co.* (*Appeal No. 1*) (*ante,* p. 441).

APPEAL by the plaintiff, Buck Ridge Coal Mining Company, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 1st day of June, 1925, granting the motion of the defendant Seaboard National Bank for judgment on the pleadings, and denying plaintiff's cross-motion that the action be continued in the name of the plaintiff or that the court " in its discretion substitute the receiver [Charles H. Welles, Jr.] as sole plaintiff or join such receiver with the plaintiff."

*Knox & Dooling* [*Joseph Gazzam* of counsel], for the appellant.

*Masten & Nichols* [*John A. Kelly* of counsel; *Hastings S. Morse* and *Edward C. Rowe* with him on the brief], for the respondent.

PER CURIAM. For the reasons stated in the opinion in *Buck Ridge Coal Mining Co.* v. *Rosoff E. Co., Appeal No. 1* (215 App. Div. 441), herewith handed down, the order appealed from should be reversed, with ten dollars costs and disbursements, and the motion of the defendant, respondent, denied, with ten dollars costs, and the plaintiff's cross-motion for leave to bring in and join Charles H. Welles, Jr., as a party plaintiff granted, with ten dollars costs.

Present — CLARKE, P. J., MERRELL, FINCH, MARTIN and BURR, JJ.

Ordered reversed, with ten dollars costs and disbursements, and motion of defendant, respondent, denied, with ten dollars costs, and plaintiff's motion for leave to bring in and join Charles H. Welles, Jr., as a party plaintiff granted, with ten dollars costs.